

**NUMBER 13-15-00078-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

VICTOR JARAMILLO,                                                              Appellant,

v.

MAYELA GURROLLA SOSA,                                                  Appellee.

---

### On Appeal from the County Court at Law No. 7
### of Hidalgo County, Texas

---

## ORDER ABATING APPEAL

### Before Chief Justice Valdez and Justices Benavides and Perkes
### Per Curiam

This cause is before the Court on the record and appellant's motion to abate the appeal. According to the motion, the parties mediated this matter after the notice of appeal was filed and reached an agreement; however, the parties currently dispute the terms of the agreement and performance under the agreement. Appellant thus requests

that we abate the appeal until the terms and enforcement of the mediated settlement agreement have been resolved.

The Court, having examined and fully considered the documents on file and the motion to abate, is of the opinion that the motion to abate the appeal should be granted. Accordingly, the motion to abate the appeal is GRANTED and this appeal is ordered ABATED for a period of sixty days from the date of this order. The Court directs appellant to file, on or before the expiration of the abatement period, either: (1) a motion to reinstate the appeal, accompanied by appellant's brief in this matter, or (2) a motion to dismiss the appeal pursuant to settlement.

PER CURIAM

Delivered and filed the
1st day of September, 2015.